THE GUARDIAN MUTUAL LIFE INSURANCE COM-
PANY, Respondent, *v.* ELEANOR KASHOW and others,
Appellants.

*Usury.*

Appeal from a judgment in favor of plaintiffs entered on the report of a referee.

The action was brought to foreclose a mortgage given by defendants to the plaintiff. The defense set up was usury, defendants having given a bonus of $3,000 in mortgages to get a loan of $7,000.

The court after a review of the evidence, was of opinion that the plaintiff took the mortgages thus given to procure the loan, and that the defense was therefore sustained by the proof; and it reversed the judgment, and ordered a new trial, costs to abide the event.

*Smith & Stanbrough,* for the appellants.

*Livingston K. Miller,* for the respondent.

Opinion by Barnard, P. J.

Present—Barnard, P. J., Tappen and Donohue, JJ.

Judgment reversed, and new trial granted at Special Term, costs to abide the event.